1028

[Nos. 26279-1-III; 26280-4-III.   Division Three.   August 5, 2008.]

*In the Matter of the Parenting and Support of* M.R.J., JOSEPH PIERCE, *Respondent,* MENDE ELAINE JOHNSON (DIAS), *Appellant.*

*In the Matter of the Marriage of* KENNETH NEAL JOHNSON, *Respondent,* and MENDE ELAINE JOHNSON (DIAS), *Appellant.*

Appeals from judgments of the Superior Court for Kittitas County, Nos. 06-3-00073-7 and 06-3-00074-5, Scott R. Sparks, J., entered May 31, 2007. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Kulik and Korsmo, JJ.

[No. 59318-8-I.   Division One.   August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. JARROD M. TAYLOR, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 06-1-01416-9, Gregory P. Canova, J., entered December 11, 2006. *Affirmed* by unpublished opinion per Lau, J., concurred in by Schindler, C.J., and Ellington, J.

[No. 59459-1-I.   Division One.   August 11, 2008.]

THE STATE OF WASHINGTON, *Respondent,* v. KIMBERLY HARRIS, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 05-1-08451-7, Helen Halpert, J., entered January 8, 2007. *Affirmed* by unpublished opinion per Dwyer, A.C.J., concurred in by Becker and Leach, JJ.